UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PEDRO S. RODRIGUEZ | : |
| | : |
|     Plaintiff, | : |
| | : |
| V. | :   CIVIL ACTION NO. 3:03 CV 00188 (JBA) |
| | : |
| METRO-NORTH RAILROAD COMPANY, | : |
| CONSOLIDATED RAIL CORPORATION | :   <u>FELA HEARING LOSS CASE - MAY BE</u> |
| AND AMERICAN FINANCIAL GROUP, | :   <u>FILED IN NEW HAVEN AS ORDERED BY</u> |
| INC., f/k/a AMERICAN PREMIER | :   <u>MAGISTRATE JUDGE MARGOLIS</u> |
| UNDERWRITERS, INC., f/k/a | : |
| PENN CENTRAL CORPORATION | :   JANUARY 19, 2005 |
| | : |
|     Defendants. | : |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant, Metro-North Railroad Company.

Dated: January 19, 2005              _____

                                                                     Susan B. Parzymieso, Esq.  (CT 25301)
                                                                     Ryan, Ryan, Johnson & Deluca, LLP
                                                                     80 Fourth Street, P.O. Box 3057
                                                                     Stamford, CT   06905
                                                                     Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

George J. Cahill, Jr., Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Pedro S. Rodriguez

_____
Susan B. Parzymieso, Esq.

I:\Procases\205.176\appearsbp.wpd
205.176