UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RODRIGUEZ** | : |
| **v.** | : NO. 3:03cv188 (JBA) |
| **METRO NORTH** | : |

<u>**ORDER OF DISMISSAL**</u>

This matter was reported settled on 9/1/05 and notice was issued to counsel of record [doc. #59] pursuant to D. Conn. L. Civ. R. 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before 10/1/05.

No closing papers having been received and no further requests for continuance having been received, it is hereby,

ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to D. Conn. L. Civ. R. 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   <u>**October 4, 2005**</u>